**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Guillermo CAMPUZANO–VELASCO,
a.k.a. Memo, Defendant–
Appellant.**

**No. 09–11529
Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Dec. 18, 2009.

Before DUBINA, Chief Judge, WILSON and ANDERSON, Circuit Judges.

PER CURIAM:

Lynn Fant, appointed counsel for Guillermo Campuzano–Velasco in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Campuzano–Velasco's conviction and sentence are **AFFIRMED.**